**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL ANTHONY DAILEY,

Plaintiffs,

v. No. 1:26-cv-02670-KWR-LF

ADMINISTRATIVE OFFICE OF
THE NEW MEXICO COURTS,
BERNALILLO COUNTY SECOND JUDICIAL
DISTRICT COURT CLERK and
DOES 1-10, in their individual and official capacities,

Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

Plaintiff, who is proceeding *pro se*, filed an Emergency Application for Free Process and Affidavit of Indigency, Doc. 3, filed August 13, 2026 ("Emergency Application"). *See also* Order Denying Motion for Temporary Restraining Order, Doc. 7, filed August 17, 2026 (denying Plaintiff's motion for an emergency temporary restraining order against Defendants regarding manipulation of state-court records, Plaintiff's access to state court, and alleged obstruction of Plaintiff's electronic communications). Plaintiff filed his Emergency Application using a form "Application for Free Process" for the Court of Appeals of the State of New Mexico.

United States Magistrate Judge Laura Fashing notified Plaintiff he did not sign his Emergency Application as required by Rule 11 of the Federal Rules of Civil Procedure. *See* Order to Cure Deficiency, Doc. 4, filed August 14, 2026 (quoting Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record ... or by a party personally if the party is unrepresented ... The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention")). Judge

Fashing also ordered Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("Long Form Application") by September 4, 2026. *See* Order to Cure Deficiency at 1-3, (notifying Plaintiff that failure to comply with Court Orders may result in sanctions including dismissal of this case).

Federal law requires that the Clerk of Court "require the parties instituting any civil action, suit or proceeding in such court ... to pay a filing fee of $350 ... [and] such additional fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. §§ 1914(a, b).[1] The Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff has not paid the $405.00 fee, has not filed a signed affidavit regarding his ability to pay the fees and costs of this proceeding and has not complied with Judge Fashing's Order to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

The Court dismisses this case without prejudice because Plaintiff has not paid the filing fee and has not complied with Judge Fashing's Order to file a Long Form Application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $55.00 administrative fee.

or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). The Court strikes Plaintiff's Emergency Application because he did not promptly sign the Emergency Application.

**IT IS ORDERED** that:

(i) This case is **DISMISSED without prejudice.**

(ii) Plaintiff's Emergency Application for Free Process and Affidavit of Indigency, Doc. 3, filed August 13, 2026, is **STRUCK.**

**/S/ KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**